**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Peter Cannetti
Plaintiff

v. Civil Action No. 4:08−cv−00918

Davol Inc, et al.
Defendant

**ORDER FOR CONFERENCE**
**AND**
**DISCLOSURE OF INTERESTED PARTIES**

1. Counsel and pro se litigants shall appear at an initial pretrial and scheduling conference before

Honorable Nancy F. Atlas
**June 13, 2008 at 01:30 PM**
Courtroom 9F on the 9th Floor
United States Courthouse
515 Rusk Street
Houston, TX 77002.

2. Counsel shall file within fifteen days from receipt of this Order a certificate with the Clerk listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other legal entities that are financially interested in the outcome of this litigation. NOTE: If a large group can be specified by a general description, individual listing is not necessary. Underline the name of each corporation whose securities are publicly traded. If new parties are added or if additional persons or legal entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, then each counsel shall promptly file an amended certificate with the Clerk.

3. Counsel shall meet as required by Fed. R. Civ. P. Rule 26(f) and −− not less than three (3) days before the Initial Pretrial Conference −− shall prepare and file a joint discovery/case management plan containing the information required on the attached form as required by Fed. R. Civ. P. Rule 26(f), as amended December 1, 1993. The Court will conduct the Conference in accordance with Fed. R. Civ. P. 16.

   Counsel must deliver to Chambers *courtesy copies* of all documents filed within seven (7) days of the Conference. All such copies must be marked "FOR PRETRIAL CONFERENCE."

4. Each party shall appear at the conference by an attorney with **full** knowledge of the case and **authority** to bind the client. The Court will prepare a docket control order at the pretrial conference. *See* Court's Procedures, on the Southern District of Texas website at http://www.txs.uscourts.gov.

   Counsel should be prepared to argue all pending motions at the Conference. The Court may rule on same.

5. Counsel who file or remove an action must **serve a copy of this order** with the summons, complaint or with the notice of removal and a copy of this Court's Procedures. In addition, in all removed cases, counsel for the removing party or parties must file with the Court at least three (3) days before the Initial Pretrial Conference the "certificate of service in removed action.".

6. Counsel shall discuss with their client and each other where *alternative dispute resolution* is appropriate, and at the Conference shall advise the Court of the results of their discussions.

7. Discovery may be conducted prior to the Initial Pretrial Conference if all name defendants have answered.

8. For the convenience of out−of−town counsel, the Court will allow participation by telephone if requested by letter to the Court's case manager in writing at least a week in advance of the conference date. No confirmation will be made by the court.

9. Failure to comply with this order may result in sanctions, including dismissal of the action and assessment of fees and costs.

Nancy F. Atlas
United States District Judge